NOTICE: NOT FOR PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION DOES NOT CREATE
LEGAL PRECEDENT AND MAY NOT BE CITED EXCEPT AS AUTHORIZED.

IN THE

# ARIZONA COURT OF APPEALS
## DIVISION ONE

---

ALEX ANTHONY MADRID, *Petitioner,*

*v.*

THE HONORABLE KAREN MULLINS, Judge of the SUPERIOR COURT
OF THE STATE OF ARIZONA, in and for the County of MARICOPA,
*Respondent Judge,*

STATE OF ARIZONA ex rel. WILLIAM MONTGOMERY, Maricopa
County Attorney, *Real Party in Interest.*

No. 1 CA-SA 14-0081
FILED 05-29-2014

---

Appeal from the Superior Court in Maricopa County
CR2013-458974-001 SE
The Honorable Karen A. Mullins, Judge

**JURISDICTION ACCEPTED, RELIEF DENIED**

---

COUNSEL

Maricopa County Public Defender's Office, Phoenix
By Bobbi Falduto, David J. Teel
*Counsel for Petitioner*

Maricopa County Attorney's Office,Phoenix
By Diane Meloche
*Counsel for Real Party in Interest*

---

**DECISION ORDER**

Presiding Judge John C. Gemmill delivered the decision of the Court, in which Judge Peter B. Swann and Judge Patricia A. Orozco joined.

---

**G E M M I L L**, Judge:

¶1 Petitioner Alex Anthony Madrid seeks special action review of the superior court's order denying his motion to remand this matter to the grand jury for a new determination of probable cause. After consideration of the petition for special action, response, and reply, this court concludes that special action jurisdiction is appropriately exercised in this matter and that the superior court did not abuse its discretion in denying Petitioner's motion to remand. Accordingly,

¶2 **IT IS ORDERED** accepting special action jurisdiction in this matter but denying relief.



Ruth A. Willingham · Clerk of the Court
FILED: gsh